## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONCHITTA WILLIAMS-CARTER** | * | **CIVIL ACTION No.** |
| | * | |
| **VERSUS** | * | **SECTION** |
| | * | |
| **OSCAR VASQUEZ-MARTINEZ,** | * | |
| **ABC PROFESSIONAL TREE** | * | |
| **SERVICES, INC.,** | * | **JUDGE** |
| **AND OLD REPUBLIC GENERAL** | * | |
| **INSURANCE CORPORATION** | * | **MAGISTRATE** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT AND JURY DEMAND

Plaintiff, Conchitta Williams-Carter, hereby files this Complaint against Defendants, Oscar Vasquez-Martinez, upon information and belief, a person of the full age of majority residing in the State of Kentucky, ABC Professional Tree Service, Inc., upon information and belief, a foreign corporation, authorized to do and doing business in the State of Louisiana, and Old Republic General Insurance Corporation, upon information and belief, a foreign insurance company, authorized to do and doing business in the Parish of Jefferson, State of Louisiana, (herein sometimes referred to as "Defendant"), are justly and truly indebted unto plaintiff, jointly, severally and in solido, for damages reasonable in the premises herein, respectfully showing the Court the following:

## JURISDICTION

4516_00

1.   All of the relevant conduct of the parties occurred in the State of Louisiana, were initiated within the State of Louisiana, or were finalized within the State of Louisiana.

2.   **Diversity of Citizenship.** This action is brought pursuant to 28 U.S.C. § 1332, for any act wherein controversy exceeds the sum and value of $75,000, exclusive of interest and costs, and is between citizens of different States.

## PARTIES

3.   Plaintiff, Conchitta Williams-Carter, is an individual citizen of the Parish of Jefferson, State of Louisiana.

4.   Defendants, Oscar Vasquez-Martinez, is an individual citizen of Louisville, Kentucky, ABC Professional Tree Service, Inc., a foreign corporation, domiciled in Louisville, Kentucky and Old Republic General Insurance Corporation, upon information and belief, a foreign insurance company, authorized to do and doing business in the State of Louisiana.

## NATURE OF THE CASE

On or about November 25, 2019, plaintiff, Conchitta Williams-Carter, was operating a 2012 Gill 39600 bus, traveling on Bell Chasse Highway, near Terry Parkway in Jefferson Parish, Louisiana, when her vehicle was struck in the rear side by a 2006 Trim Lift model 56 International truck, operated by defendants, Oscar Vasquez-Martinez and owned by ABC Professional Tree Services, INC., causing plaintiff personal injury all as is hereinafter set forth.

## ACTS OF NEGLIGENCE

4516_00

Plaintiff shows that the aforementioned accident and resulting damages were caused solely and proximately by the negligence of defendants, Oscar Vasquez-Martin, in that he:

1.    Negligently failed to keep a proper lookout;

2.    Negligently failed to see what should have been seen, or seeing, failed to heed same;

3.    Negligently failed to keep his vehicle under proper control;

4.    Operated his vehicle at an illegal, unlawful, excessive and unsafe rate of speed for existing conditions;

5.    Negligently operated his vehicle in a careless, reckless and wanton manner;

6.    Negligently failed to stop his/her vehicle in sufficient time to avoid hitting plaintiff's vehicle, in turn striking plaintiff's vehicle;

7.    Negligently failed to sound a warning of his approach;

8.    Operated his vehicle so as to follow plaintiff's vehicle more closely than was reasonable and prudent with regard to the speed thereof, the traffic upon the roadway and the condition of the highway, in violation of the statutes of the State of Louisiana and the ordinances of the Parish of Jefferson; and in particular violation R.S. 32:58 and R.S. 47:506;

9.    Failed to exercise proper caution and thereby avoid said collision;

10.   Negligently failed to maintain proper distance behind a preceding vehicle to avoid hitting the preceding vehicle in the rear;

11.   Negligently stuck a vehicle that had the right of way;

4516_00

**12.** Was operating his automobile in a dangerous manner as he was unable to stop his vehicle in time to yield the right of way to plaintiff who had the right of way, thereby causing an accident;

**13.** Negligently disregarded a traffic signal and caused the accident herein;

**14.** Drove at excessive speeds;

**15.** Was inattentive;

**16.** Was distracted inside the vehicle, such as by loud music, cell phone usage or eating while driving;

**17.** Used inadequate defensive driving techniques;

**18.** Made incorrect assumptions about other drivers; and

**19.** Failed to use the proper care and caution under the circumstances then prevailing both in the maintenance and operation of his vehicle.

20. Negligently operated a vehicle when he knew or should have known that his pre-existing medical condition may cause his inability to properly drive the vehicle herein at the time of the accident.

As to ABC Professional Tree Service, they:

**1.** Negligently allowed a person to operate their vehicle who they knew or should have known to be an incompetent and/or careless driver, or who had previous medical conditions which ABC knew or should have known of; and

**2.** Failed to maintain their vehicle in proper operating condition as to make it safe upon the highways of the State of Louisiana.

**3**. As owner of the vehicle, is liable for the negligent acts of the defendant driver who was on a mission for said defendant as owner of the vehicle herein.

**IV.**

4516_00

The above-mentioned acts of negligence are merely illustrative and are in addition to other acts of negligence which shall be shown at the trial of this matter. Furthermore, the above-mentioned acts of negligence are in violation of the laws of the State of Louisiana, all of which laws and ordinances are pleaded in full as if copied herein in extenso.

**V.**

As a result of the foregoing accident, plaintiff, Conchitta Williams-Carter, sustained injuries to her mind and body, as plaintiff's vehicle was struck by defendant's vehicle in the rear side, plaintiff was jolted about, resulting in injuries including, but not limited to, injuries to her neck, back, right shoulder, both hips and right knee, all injuries caused and/or aggravated by said accident, causing him/her to seek medical attention and incur medical expenses, further causing him/her to suffer a loss of wages and earning capacity both past and future, with a potential loss of wages and earning capacity both past and future. MRI testing shows herniation at C2-3, bulging at C3-4 and C4-5, herniation at C5-6 and C6-7 distorting the right anterior aspect of the spinal cord, further noting that the herniation at C5-6 extends back 2-3mm by 3mm putting pressure on the spinal cord, while the herniation at C6-7 extends back 4mm by 7mm by 4mm by 13mm distorting the right anterior aspect of the spinal cord. In the lumbar spine, there is

4516_00

5

possible bulging at L4-5 and/or L3-4 and additional findings of the upper four lumbar discs and the T12-L1 disc. Right knee MRI Indicated joint effusion with a medical plica in the suprapatellar region with a Baker's cyst in the posterior-medial aspect of the right knee, which findings were caused or aggravated by the accident herein.

## VI.

Plaintiff avers that defendant, ABC Professional Tree Service, Inc., maintains automobile public liability insurance with defendant, Old Republic General Insurance Corporation, and pursuant to the provisions of the Louisiana Direct Action Statute, the said Old Republic General Insurance Corporation is specifically named and pleaded as a defendant herein, liable jointly, severally and in solido with its insured, ABC Professional Tree Service, Inc., for the damages sustained by plaintiff herein.

4516_00

## VII.

Plaintiff lacks information as to whether the driver of the defendant vehicle, Oscar Vasquez-Martinez, has other liability insurance coverage which will protect and indemnify him for damages sustained by plaintiff herein, and plaintiff therefore reserves all rights herein to amend and supplement the petition in the event that Oscar Vasquez-Martinez has liability insurance with another insurance company other than that on the vehicle in which he was driving, said vehicle owned by ABC Professional Tree Service, Inc. and insured by Old Republic General Insurance Corporation.  Plaintiff avers, upon information and belief, that Oscar Vasquez-Martinez was operating the 2006 Trim Lift model 55 International vehicle with the express consent and permission of ABC Professional Tree Service as he was operating said vehicle in the course and scope of his employment, and plaintiff names that other unknown liability insurance company of Oscar Vasquez-Martinez as XYZ Insurance Company, a foreign insurance corporation authorized to do business in Louisiana.

## VIII.

Plaintiff itemizes her damages as pain and suffering, past, present and future, mental anguish, inconvenience, humiliation, frustration, loss and/or restriction of activity and the enjoyment of life, disability and loss of function, possible scarring

4516_00

and disfigurement, medical transportation and other miscellaneous general damages, medical expenses, past, present and future, loss of wages and earning capacity, past, present and future, and plaintiff prays for a judgment awarding her damages as are reasonable in the premises herein.  Plaintiff itemizes her damages as follows:

| | |
|---|---:|
| Past medical expenses | $  25,000.00 |
| Future medical | 250,000.00 |
| Future loss of wages | 250,000.00 |
| Past loss of wages | 25,000.00 |
| General Damages | 250,000.00 |
| Total | 800,000.00 |

## IX.

Plaintiff further avers amicable demand on defendants to no avail.

## X.

Plaintiff demands trial by jury on all issues triable by jury.

**WHEREFORE**, plaintiff prays that her complaint be filed, that all defendants be duly cited to appear and answer same, that after due proceedings be had there be judgment herein in favor of plaintiff, Conchitta Williams-Carter, and against defendants, Oscar Vasquez-Martinez, ABC Professional Tree service, Inc. and Old Republic General Insurance Corporation, jointly, severally and in solido, for damages reasonable in the premises herein, in the amount of $800,000, and for

4516_00

trial by jury, together with legal interest thereon from the date of judicial demand, until paid, for all court costs incurred herein, and for all other general and equitable relief as the law and the facts may warrant.

**RESPECTFULLY SUBMITTED:**

/s/     John     D.     Sileo
**JOHN D. SILEO (#17797)**
**CASEY W. MOLL (#35925)**
320 N. Carrollton Ave., Suite 101
New Orleans, Louisiana 70119
Telephone:  (504)581-3673
Facsimile:   (504)581-2052
Attorney for Plaintiff

/s/     Ford     T.     Hardy
**FORD T. HARDY, JR. (#6546)**
**AMBER E. WELCH (#30912)**
320 N. Carrollton Ave., Suite 101B
New Orleans, Louisiana 70119
Telephone:  (504)581-3673
Facsimile:   (504)581-2052
Attorney for Plaintiff

**PLEASE SERVE:**

**Oscar Vasquez-Martinez**
2007 Landing Drive
Louisville, KY 40218

**ABC Professional Tree Service, Inc.**
through their agent for process
C T Corporation System
3867 Plaza Tower, Dr.
Baton Rouge, LA 70816

4516_00

**Old Republic General Insurance Corporation**
through the Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809